# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| Allora, LLC, | ) Case No. 4:06-CV-01575-RBH -TER |
| Plaintiff, | ) |
| v. | ) |
| Willoughby Family Investments, LLC, A & E Constructors & Consultants, Inc., Chip Wilkins, and Landwatch, Inc., | ) |
| Defendants, | ) |
| | ) **STIPULATION OF DISMISSAL** |
| and | ) **WITH PREJUDICE** |
| Willoughby Family Investments, LLC and A & E Constructors & Consultants, Inc., | ) |
| Third-Party Plaintiffs, | ) |
| v. | ) |
| Dowis Associates, Inc., | ) |
| Third-Party Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby stipulate to the dismissal with prejudice of all claims, counterclaims, cross-claims, and third-party claims asserted between them in this action.

1

| WE SO STIPULATE<br><br>Allora, LLC<br><br>*s/ Wallace K. Lightsey*<br>WYCHE BURGESS FREEMAN & PARHAM, P.A.<br>Post Office Box 728<br>Greenville, South Carolina 29602-0728<br>Telephone: (864) 242-8200<br>Facsimile: (864) 235-8900<br><br>ATTORNEYS FOR ALLORA, LLC | WE SO STIPULATE<br><br>Willoughby Family Investments, LLC<br><br>*s/ Timothy D. St.Clair*<br>TURNER, PADGET, GRAHAM & LANEY, P.A.<br>P. O. Box 1509<br>Greenville, South Carolina 29602<br>Telephone: (864) 552-4642<br>Facsimile: (864) 282-5956<br><br>ATTORNEYS FOR WILLOUGHBY FAMILY INVESTMENTS, LLC |
|---|---|
| WE SO STIPULATE<br><br>A & E Constructors & Consultants, Inc.<br><br>*s/ Timothy D. St.Clair*<br>TURNER, PADGET, GRAHAM & LANEY, P.A.<br>P. O. Box 1509<br>Greenville, South Carolina 29602<br>Telephone: (864) 552-4642<br>Facsimile: (864) 282-5956<br><br>ATTORNEYS FOR A & E CONSTRUCTORS & CONSULTANTS, INC. | WE SO STIPULATE<br><br>Chip Wilkins<br><br>*s/ Louis D. Nettles*<br>FOLKENS LAW FIRM, P.A.<br>P. O. Box 6139<br>Florence, South Carolina 29502<br>Telephone: (843) 665-0100<br>Facsimile: (843) 665-0500<br><br>ATTORNEYS FOR CHIP WILKINS |
| WE SO STIPULATE<br><br>Landwatch, Inc.<br><br>*s/ Louis D. Nettles*<br>FOLKENS LAW FIRM, P.A.<br>P. O. Box 6139<br>Florence, South Carolina 29502<br>Telephone: (843) 665-0100<br>Facsimile: (843) 665-0500<br><br>ATTORNEYS FOR LANDWATCH, INC. | WE SO STIPULATE<br><br>Dowis Associates, Inc.<br><br>*s/ Lawrence B. Orr*<br>ORR, ELMORE & ERVIN, LLC<br>P. O. Box 2527<br>Florence, South Carolina 29503<br>Telephone: (843) 667-6613<br>Facsimile: (843) 667-0340<br><br>ATTORNEYS FOR DOWIS ASSOCIATES, INC. |